Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-470**
**Effective Date of Registration:**
June 06, 2024
**Registration Decision Date:**
September 26, 2024



## Title

| | |
|---|---|
| **Title of Work:** | Cow with chickens and rooster |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | October 04, 2018 |
| **Nation of 1st Publication:** | Netherlands |

## Author

- | | |
  |---|---|
  | **Author:** | Fonny van der Veen |
  | **Pseudonym:** | Fonny |
  | **Author Created:** | 2-D artwork |
  | **Citizen of:** | Netherlands |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Fonny van der Veen<br>Bakkersweg14A, Voorthuizen, 3781 GP, Netherlands |



## Rights and Permissions

| | |
|---|---|
| **Name:** | Fonny van der Veen |
| **Email:** | fonny@fonny.nl |
| **Address:** | Bakkersweg14A<br>Voorthuizen 3781 GP Netherlands |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 06, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-468**
**Effective Date of Registration:**
June 06, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Cow with birds

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 22, 2018
**Nation of 1st Publication:** Netherlands

## Author

- **Author:** Fonny van der Veen
  **Pseudonym:** Fonny
  **Author Created:** 2-D artwork
  **Citizen of:** Netherlands

## Copyright Claimant

**Copyright Claimant:** Fonny van der Veen
Bakkersweg14A, Voorthuizen, 3781 GP, Netherlands

## Rights and Permissions

**Name:** Fonny van der Veen
**Email:** fonny@fonny.nl
**Address:** Bakkersweg14A
Voorthuizen 3781 GP Netherlands

## Certification

**Name:** David Denholm
**Date:** June 06, 2024

